No. 1178, Misc. BELTOWSKI v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. Petitioner *pro se. Douglas M. Head,* Attorney General of Minnesota, *George M. Scott* and *Henry W. McCarr, Jr.,* for respondent.

No. 1438, Misc. GARRISON v. LACEY ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 1473, Misc. CARTER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1476, Misc. McCONNELL v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1477, Misc. DAVIDSON v. INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* for petitioner.

No. 1479, Misc. BLOOMER v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1486, Misc. GORDON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1496, Misc. RIVERA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1499, Misc. NIETO v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Caryl Warner* for petitioner.